# Court of Appeals
# of the State of Georgia

ATLANTA,  November 02, 2018

*The Court of Appeals hereby passes the following order:*

**A19A0562. SADE CODY v. JASON ALLEN KATZ et al.**

After the jury returned a verdict in favor of plaintiff Sade Cody in this civil action, the trial court entered final judgment in favor of Cody and issued a separate order granting the defendants' motion for OCGA § 9-15-14 attorney fees. Cody then filed a notice of appeal from the attorney fee award. The defendants have filed a motion to dismiss the appeal.

An appeal from a trial court order awarding § 9-15-14 attorney fees must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (10), (b); *Capricorn Systems, Inc. v. Godavarthy*, 253 Ga. App. 840, 841-842 (560 SE2d 730) (2002). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Although a discretionary application is not required to appeal a § 9-15-14 fee award that is "appealed along with other, directly appealable matters," no directly appealable matters have been appealed in this case. See *Ledford v. Mobley*, 321 Ga. App. 761, 762 (743 SE2d 461) (2013). Thus, Cody's failure to follow the discretionary review procedure deprives us of jurisdiction over this appeal. See *Ledford*, 321 Ga. App. at 762; *Capricorn Systems, Inc.*, 253 Ga. App. at 842. Consequently, the defendants'

motion to dismiss the appeal is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
       *Clerk's Office, Atlanta,   11/02/2018        *
       *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
       *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*